UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA L. WOODS, | No. 2:17-cv-793 GEB AC PS |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et. al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se. This proceeding was referred to this court by Local Rule 302(c)(21). Pending before the court is plaintiff's motion for an expedited status conference hearing, settlement conference, and appointment of a special court master. ECF No. 2. This motion was filed contemporaneously with the complaint, and therefore is premature. Matters related to scheduling will be addressed in due course, following adjudication of defendants' pending motions to dismiss (ECF Nos. 21, 23). Accordingly, plaintiff's request will be denied without prejudice to renewal at a later stage of the proceedings.

////

////

////

////

1

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an expedited status
2 conference hearing, settlement conference, and appointment of a special court master (ECF No.
3 2) is DENIED without prejudice as premature.
4 DATED: July 26, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE