UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA L. WOODS,<br><br>   Plaintiff,<br><br>   v.<br><br>STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>   Defendants. | No. 2:17-cv-793 GEB AC PS<br><br>ORDER |

Plaintiff is proceeding in this case in pro per. The proceeding has accordingly been referred to the magistrate by E.D. Cal. R. ("Local Rule") 302(c)(21).

Plaintiff has requested a 51-day extension of time to respond to the defendant's Motion To Dismiss. ECF No. 26.

For good cause shown, IT IS HEREBY ORDERED that:

1. The hearing on the Motion To Dismiss (ECF Nos. 21, 23), currently set for August 23, 2017, is CONTINUED to October 11, 2017 at 10:00 a.m. The parties shall comply with the briefing schedule set forth at Local Rule 230.

////

////

////

1

2. The Status (Pretrial Scheduling) Conference, currently set for October 11, 2017, is CONTINUED to February 21, 2018 at 10:00 a.m. The parties shall file status reports in accordance with the Order Setting Status Conference, ECF No. 4 ¶ 5.

IT IS SO ORDERED.

DATED: August 7, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE