UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA L. WOODS,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR), et al.,<br><br>Defendants. | No. 2:17-cv-0793 TLN AC PS<br><br>ORDER |

Plaintiff is proceeding in this case in pro per. The proceeding has accordingly been referred to the magistrate judge by E.D. Cal. R. 302(c)(21).

On February 27, 2018, the undersigned recommended that this action be dismissed and granted plaintiff twenty-one days to file objections. ECF No. 63. On March 8, 2018, plaintiff timely requested a 90-day extension to file objections. ECF No. 64. Plaintiff indicates "as a pro se litigant plaintiff requires additional time to research and craft her response" due to the complexity of the issues in her case. Id. at 1. Plaintiff states there are errors of fact and law in the findings and recommendations. Id. at 2.

Plaintiff is informed that her objections need not be supported by extensive briefing. In order to ensure the district judge's de novo review of the motion to dismiss, and to preserve issues for appeal, she need only identify the portions of the findings and recommendations to which she

objects.  Indeed, a brief statement that plaintiff objects to the findings and recommendations in their entirety, for the reasons previously stated in her opposition and at the hearing on the motion, is sufficient.  Although plaintiff is free to support her objections with argument, such argument is not required and extensive additional research is not necessary.  Accordingly, the requested 90 days extension of time is excessive.  Instead, plaintiff will be granted a 30 day extension of time.

Accordingly, for good cause shown, IT IS HEREBY ORDERED that plaintiff's motion for extension of time, ECF No. 64, is GRANTED IN PART, and plaintiff shall have until April 19, 2018 to file objections.

DATED: March 12, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE