UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA L. WOODS,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR), et al.,<br><br>Defendants. | No. 2:17-cv-0793-TLN-AC PS<br><br>**ORDER** |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On February 27, 2018, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 63.) Plaintiff filed objections to the findings and recommendations. (ECF No. 66.) Defendants filed responses to the objections. (ECF Nos. 67 & 68.)[1]

The Court has reviewed the file and finds the findings and recommendations to be

---

[1] Plaintiff objects to Defendants Eileen Potter, Wendi L. Ross and State of California Public Employment Relations Board's response (ECF No. 68) to Plaintiff's objections. (ECF No. 69.) Plaintiff argues the response was filed outside the fourteen days allotted by Local Rule 304, and therefore, should be stricken and not considered. The Court agrees that the response was untimely, but declines to strike the response as the contents of the response do not affect the Court's decision in this matter.

1

supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations filed February 27, 2018, are adopted in full; and

    2.  Defendants' Motion to Dismiss (ECF Nos. 21 & 23) are GRANTED and the First Amended Complaint is DISMISSED with prejudice as untimely.

Dated: August 23, 2018

_____
Troy L. Nunley
United States District Judge